■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GARCIA, Appellant. [922 NYS2d 813]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, two decisions and orders of this Court, both dated June 18, 2001 (*People v Garcia*, 284 AD2d 479 [2001]; *People v Garcia*, 284 AD2d 481 [2001]), affirming two judgments of the Supreme Court, Kings County, rendered October 26, 1998, and January 21, 1999, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT JACKSON, Appellant. [922 NYS2d 805]—Appeals by the defendant from two judgments of the County Court, Suffolk County (Hudson, J.), both rendered September 8, 2009, convicting him of assault in the second degree and resisting arrest under indictment No. 2180/08 and robbery in the first degree under indictment No. 3088/08, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on these appeals. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Angiolillo, Eng, Chambers and Sgroi, JJ., concur.